IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:22-cv-01228-KLM

ACCESS 4 ALL INCORPORATED
and CARLOS CUESTA,

    Plaintiffs,

v.

BSV GREENWOOD VILLAGE LLC,
and FOURLEAF HEALTHY EATS LLC.

    Defendants.

## JOINT NOTICE OF SETTLEMENT

    Plaintiffs, ACCESS 4 ALL INCORPORATED and CARLOS CUESTA, and Defendant, BSV GREENWOOD VILLAGE LLC, hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The Parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than twenty (20) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in this case as to this Defendant.

Respectfully submitted this October 28, 2022.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Joseph R. Kummer* |
| ANTHONY J. PEREZ | JOSEPH R. KUMMER |
| GARCIA-MENOCAL & PEREZ, P.L. | JACHIMIAK PETERSON KUMMER, LLC |
| 1600 Broadway | 860 Tabor Street, Suite 200 |
| Denver, Colorado 80202 | Lakewood, Colorado 80401 |
| Telephone: (305) 553- 3464 | Phone: 303.863.7700 |
| Email:  ajperez@lawgmp.com | Email: jkummer@jpk.law |

| *Attorney for Plaintiff* | *Attorneys for Defendant BSV Greenwood Village, LLC.* |
|---|---|

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this October 28, 2022.

Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
1600 Broadway
Denver, Colorado 80202
Telephone: (305) 553-3464
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: dperaza@lawgmp.com; dramos@lawgmp.com

By: /s/ Anthony J. Perez
ANTHONY J. PEREZ