**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 1:22-cv-01228-KLM

ACCESS 4 ALL INCORPORATED
and CARLOS CUESTA,

      Plaintiffs,

v.

BSV GREENWOOD VILLAGE LLC,
and FOURLEAF HEALTHY EATS LLC.

      Defendants.

---

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

---

      Plaintiffs, ACCESS 4 ALL INCORPORATED and CARLOS CUESTA, and Defendant, BSV GREENWOOD VILLAGE LLC, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE that this matter has been settled and to the immediate dismissal of this action with prejudice, with each party to bear its own attorney's fees and costs except as indicated in the settlement agreement.

STIPULATED AND AGREED by Counsel for the Parties on the dates below written.

Respectfully submitted on December 23, 2022.

_/s/ Anthony J. Perez_
ANTHONY J. PEREZ, ESQ.
GARCIA-MENOCAL & PEREZ, P.L.
1600 Broadway
Denver, CO 80202
Telephone: (305) 553-3464
Email: ajperez@lawgmp.com
_Attorney for Plaintiff_

_/s/ Joseph R. Kummer_
JOSEPH R. KUMMER
JACHIMIAK PETERSON KUMMER, LLC
860 Tabor Street, Suite 200
Lakewood, Colorado 80401
Phone: 303.863.7700
Email: jkummer@jpk.law
_Attorneys for Defendant BSV Greenwood Village, LLC_

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on December 23, 2022.

**GARCIA-MENOCAL & PEREZ, P.L.**
_Attorneys for Plaintiff_
1600 Broadway
Denver, CO 80202
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail:
dperaza@lawgmp.com
bvirues@lawgmp.com

By: ___/s/ Anthony J. Perez_____
     ANTHONY J. PEREZ