IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01228-KLM

ACCESS 4 ALL INCORPORATED, and
CARLES CUESTA,

    Plaintiffs,

v.

BSV GREENWOOD VILLAGE LLC, and
FOURLEAF HEALTHY EATS LLC,

    Defendants.

_____

# MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' **Third Unopposed Motion for Extension of Time to File Joint Stipulation of Dismissal** [#37] (the "Motion") as to Defendant BSV Greenwood Village LLC only.

    IT IS HEREBY **ORDERED** that the Motion [#37] is **GRANTED**. The Joint Stipulation of Dismissal With Prejudice [#38] filed on December 23, 2022, is **accepted**.

    IT IS FURTHER **ORDERED** that all claims against Defendant BSV Greenwood Village LLC **only** are **DISMISSED with prejudice** with costs and fees to be divided between this Defendant and Plaintiffs as indicated in their settlement agreement. The Clerk of Court is directed to terminate Defendant BSV Greenwood Village LLC as a defendant in this matter. All future case captions shall reflect this change.

    Dated:  December 27, 2022