# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

CASE NO.: 1:22-cv-01228

ACCESS 4 ALL INCORPORATED
and CARLOS CUESTA,

    Plaintiffs,

v.

BSV GREENWOOD VILLAGE LLC,
and FOURLEAF HEALTHY EATS LLC,

    Defendants.

## PLAINTIFFS NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs, ACCESS 4 ALL INCORPORATED and CARLOS CUESTA, (hereinafter "Plaintiffs") by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) hereby file this notice of voluntary dismissal with prejudice as to Defendant FOURLEAF HEALTHY EATS LLC.

Dated this October 16, 2023.

    Respectfully Submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
1600 Broadway
Denver, CO 80202
Telephone: (305) 553-3464
Facsimile: (855) 205-6904
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: jacosta@lawgmp.com

By: /s/ Anthony J. Perez
    ANTHONY J. PEREZ

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on October 16, 2023.

Respectfully Submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
1600 Broadway
Denver, CO 80202
Telephone: (305) 553-3464
Facsimile: (855) 205-6904
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: jacosta@lawgmp.com

By: */s/ Anthony J. Perez*
      ANTHONY J. PEREZ